**Order entered October 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00479-CV

### IN THE INTEREST OF V.J.M. AND C.M.M., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-20931**

## ORDER

The reporter's record in this appeal is overdue. It was requested on May 6, 2019 and was due July 24, 2019. When it had not been filed by July 29, 2019, we directed the reporter by postcard to file the record within thirty days. When the record had not been filed by September 10, 2019, we ordered the reporter to file the record by September 30, 2019 and cautioned that extensions would be disfavored.

The appeal cannot proceed without the reporter's record. Accordingly, we **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file the reporter's record **no later than October 21, 201**9. *We caution Ms. Finkley that failure to comply may result in the Court taking any necessary steps to ensure the record is filed, including ordering she not sit as a reporter until she has complied.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and, the parties.

/s/     BILL WHITEHILL
           JUSTICE